William M. Hoeveler

Senior District Judge

(305) 523-5570

August 16, 2006

Financial Disclosure Committee
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

Attention:  George D. Reynolds, Staff Counsel

Dear Mr. Reynolds:

I am sorry for the delay in responding to the letter regarding the Financial Disclosure Report.

In Part VII, page 8, lines 71 and 72, the name of the financial institution is First National Bank of South Miami.

Sincerely,



William M. Hoeveler

WMH/jmt

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HOEVELER, WILLIAM M | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>06/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>301 North Miami Avenue<br>9th Floor<br>Miami, FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Transition, Inc., (Non-profit rehabilitation |
| 2. Bd. of Advisors | Recording for the Blind |
| 3. Board of Contributors | University of Texas, School of Law "Review of Litigation" |
| 4. Advisor | Spellman\Hoeveler Inn of Court |
| 5. Co-Trustee w\No.Trust Bank | Trust #1, Declaration of Trust, Dated 4\20\00 |
| 6. Board of Advisors | University of Miami School of Law Center for Ethics and Public Service |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 28 A 10: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | SELF EMPLOYED - PHYSICAL THERAPIST |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 06/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. - C SH Intel | A | Dividend | J | T | | | | | |
| 3. -C SH Microsoft | A | Dividend | J | T | | | | | |
| 4. -No. Trust Money Market | C | Interest | L | T | | | | | |
| 5. -C SH Wells Fargo | A | Dividend | J | T | | | | | |
| 6. Checking account - Bank of America, Coral Gables, FL | A | Interest | K | T | | | | | |
| 7. NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 8. -Corp. Bond units - Hewlett Packard Co NT | B | Interest | | | matured | 6\16 | K | | Northern Trust Bank |
| 9. -Corp. Bond units - Bk of Am Corp SR NT | B | Interest | L | T | | | | | |
| 10. -Corp. Bond units - Emerson Electric BD | B | Interest | L | T | | | | | |
| 11. -C SH GE Corp | A | Dividend | J | T | | | | | |
| 12. -C SH Harley Davidson | A | Dividend | J | T | | | | | |
| 13. -C SH Target | A | Dividend | J | T | | | | | |
| 14. -C SH Pfizer | A | Dividend | J | T | | | | | |
| 15. -C SH Citigroup | A | Dividend | J | T | | | | | |
| 16. -C SH Cisco | | None | J | T | | | | | |
| 17. -C SH Nokia | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -C SH Home Depot | A | Dividend | J | T | | | | | |
| 19. -C SH Viacom | A | Dividend | J | T | | | | | |
| 20. -C SH Amgen | | None | J | T | | | | | |
| 21. -C SH Medtronic | A | Dividend | J | T | | | | | |
| 22. -C SH Am. Int' Group | A | Dividend | J | T | | | | | |
| 23. -C SH IBM | A | Dividend | J | T | | | | | |
| 24. -US Gov't Obligation units - Fed Home LN BKS | B | Interest | K | T | | | | | |
| 25. -C SH Anheuser Busch | A | Dividend | J | T | | | | | |
| 26. -C SH BP formerly Amoco (merger) | A | Dividend | J | T | | | | | |
| 27. -C SH Best Buy | A | Dividend | J | T | | | | | |
| 28. -C SH Caterpillar | A | Dividend | J | T | | | | | |
| 29. -C SH Chevron/Texaco | A | Dividend | J | T | | | | | |
| 30. -C SH General Dynamics | A | Dividend | J | T | | | | | |
| 31. -C SH Health Mgmt | A | Dividend | J | T | | | | | |
| 32. -C SH Johnson/Johnson | A | Dividend | J | T | | | | | |
| 33. -C SH Kraft Foods | A | Dividend | J | T | | | | | |
| 34. -C SH Minnesota Mining | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -C SH Pepsico | A | Dividend | J | T | | | | | |
| 36. -C SH Texas Inst. | A | Dividend | J | T | | | | | |
| 37. -C SH United Tech | A | Dividend | J | T | | | | | |
| 38. -C SH Alcoa | A | Dividend | J | T | | | | | |
| 39. -Corp Bond units - Countrywide Home Loan Inc | B | Interest | | | matured | 12\19 | K | A | Northern Trust Bank |
| 40. -Corp Bond units - Bristol Myers | B | Interest | | | matured | 5\2 | K | B | Northern Trust Bank |
| 41. -Corp Bond units - Am. Express Co | B | Interest | K | T | | | | | |
| 42. -C Shares - Am. Express | | None | J | T | | | | | |
| 43. -US Gov't Obligation units - Fed Home Loan Banks Cons. | A | Interest | K | T | | | | | |
| 44. -Bank of America (CD) | A | Interest | M | T | | | | | |
| 45. -Bank of America - Money Market | A | Interest | J | T | | | | | |
| 46. -C SH FNM | A | Dividend | J | T | | | | | |
| 47. Trust #1 | | | | | | | | | |
| 48. - Davis Real Estate Fund Class B | | None | J | T | | | | | |
| 49. -Davis Financial Fund Class B | | None | J | T | | | | | |
| 50. -Eaton Vance WW Health Sciences Fund Class B | | None | J | T | | | | | |
| 51. - Oppenheimer Main St. Small Cap. Fund CL A | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Putnam Health Sciences Trust CL B | A | Dividend | J | T | | | | | |
| 53. - Putnam Int'lEquity Fund CL B | A | Dividend | J | T | | | | | |
| 54. - Putnam Int'l Capital Opportunities Fund CL B | A | Dividend | K | T | | | | | |
| 55. - Citigroup Diversified Futures Fund LP | | None | K | T | | | | | |
| 56. - Annuity - Nationwide Life Insurance Co | | None | K | T | | | | | |
| 57. -Federal Home Loan MTG Corp | A | Interest | J | T | | | | | |
| 58. - Bank Deposit Program - Citibank | A | Dividend | J | T | | | | | |
| 59. Brokerage Acct ██X) Managed Account - Smith Barney | B | Dividend | M | T | | | | | |
| 60. CGM Roth Conversion IRA ██mith Barney | | | | | | | | | |
| 61. -AIM Mid Cap Core Equity Fund CL A | A | Interest | J | T | | | | | |
| 62. -American Balanced Fund CL B | A | Interest | K | T | | | | | |
| 63. -Enterprise Small Co. Value Fund CL B | A | Interest | J | T | | | | | |
| 64. -Growth Fund of America CL B | A | Interest | J | T | | | | | |
| 65. -Morgan Stanley KLD Social Index Fund CL B | A | Interest | J | T | | | | | |
| 66. -Putnam Int'l Equity Fund CL B | A | Interest | J | T | | | | | |
| 67. -Seligman Capital Fund CL A | A | Interest | J | T | | | | | |
| 68. -Seligman Cash Mgmt Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| (See Columns C1 and D3) | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Seligman Global Tech Fund CL A | A | Interest | J | T | | | | | |
| 70. -Seligman Communications and Information Fund CL A | | | J | T | | | | | |
| 71. Savings Account ▮ | A | Interest | J | T | | | | | |
| 72. Checking Account ▮ | A | Interest | J | T | | | | | |
| 73. C SH Eastman Kodak ▮ | A | Interest | J | T | | | | | |
| 74. C SH Prudential Financial Inc ▮ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Investments and Trusts Line 63 is listed as Managed Account. ███████ has no control over the holdings in this account, however, there is no name associated with it other than their report saying Managed Account. I have listed the brokerage house to help identify it. ████ either chooses what is to be sold or bought in it.

I have also taken the libery of marking ████ trusts as ████. I have also listied ████ assets, even though they are the sole financial interest and responsibility of ████ and I derive no interest or benefit from them.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 6/21/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544